UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAA CONCORD T, INC. DBA CONCORD TOYOTA,<br><br>    Plaintiff,<br><br>    v.<br><br>TEAMSTERS GENERAL TRUCK DRIVERS, WAREHOUSEMEN, HELPERS AND AUTOMOTIVE EMPLOYEES LOCAL NO. 315,<br><br>    Defendant. | Case No. 25-cv-08556-AMO<br><br>**ORDER FINDING MOTION LACKING CERTIFICATION; DENIED WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 8 |

On October 28, 2025, Defendant Teamsters General Truck Drivers, Warehousemen, Helpers and Automotive Employees Local No. 315, filed a motion to dismiss the petition. This motion was filed prior to reassignment to the undersigned, but this Court's Standing Order in Civil Cases requires all motions filed after October 20, 2025, to be supported by a declaration certifying certain meet and confer efforts with the opposing side. The order provides:

> All parties are advised that effective Monday, October 20, 2025, the judiciary will run out of funding and only limited operations will continue. *See* https://www.uscourts.gov/data-news/judiciarynews/2025/10/17/judiciary-funding-runs-out-only-limited-operations-continue?utm_campaign=uscnews&utm_medium=email&utm_source=govdelivery. As a consequence, court staff will not be paid despite the requirement to work on essential matters.
>
> Accordingly, until the judiciary is funded, parties shall meet and confer before filing any substantive motion. The parties shall determine whether the litigation can proceed without the motion or whether the motion must be urgently resolved. If the latter, lead trial counsel shall file a certification attesting to the same with the filing of any substantive motion. Failure to provide the certification will result in a sua sponte denial without prejudice. This requirement does not apply to administrative or ministerial motions.
>
> The Court appreciates the parties' cooperation during this period.

Defendant could not have complied with this requirement prior to filing, but the meet and confer requirement remains necessary at this stage. Accordingly, the motion is denied without prejudice. The Court TERMINATES Docket No. 8 subject to resubmission.

**IT IS SO ORDERED.**

Dated: November 5, 2025

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

2